**Dennis N. PIXTON, Plaintiff–Appellant,**

v.

**B & B PLASTICS, INC. (doing business as Gambler), Michael Surman, and Joan Bringger (as personal representative of the estate of Jack Russell Bringger, III), Defendants–Appellees.**

**No. 2004–1579.**

United States Court of Appeals, Federal Circuit.

April 8, 2010.

Gayle Halligan, Attorney at Law, of Fort Lauderdale, FL, argued for plaintiff-appellant.

Jeff M. Brown, Lavalle, Brown, Ronan & Mullins, of Boca Raton, FL, argued for defendants-appellees.

Before MAYER, LINN, and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.